Joel E. Elkins (State Bar No. 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone:  310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE HERNANDEZ, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:17-cv-06158-CAS-JEM |
| Plaintiff, | CLASS ACTION |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| GUIDANCE SOFTWARE, INC., ROBERT VAN SCHOONENBERG, REYNOLDS C. BISH, MAX CARNECCHIA, JOHN COLBERT, PATRICK DENNIS, MICHAEL MCCONNELL, and WADE W. LOO, | Action Filed:    August 18, 2017 Trial Date:       None Set Judge:       Hon. Christine A. Snyder |
| Defendants. | |

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Enrique Hernandez ("Plaintiff") voluntarily dismisses with prejudice the individual claims of the Plaintiff only and without prejudice the claims of the putative class in the above-titled action against defendants (the "Action").

WHEREAS, Plaintiff filed the Action challenging the public disclosures made in connection with the proposed acquisition of Guidance Software, Inc. ("Guidance"), by OpenText Corporation, and Galileo Acquisition Sub Inc., pursuant to an agreement and plan of merger filed with the United States Securities and Exchange Commission ("SEC") on or around July 26, 2017 (the "Transaction");

WHEREAS, on September 18, 2017 the parties filed a Stipulation and Proposed Order that, among other things, sought dismissal of the Action with prejudice as to Plaintiff only pursuant to Fed. R. Civ. P. 41(a)(1) (the "Dismissal Stipulation"). The Dismissal Stipulation further sought dismissal of the claims of absent class members without prejudice and to have the Court retain continuing jurisdiction over the parties solely for purposes of adjudicating any mootness fee claim by Plaintiff's counsel in the Action (as well as several related actions) related to the dissemination of certain supplemental disclosures (the "Mootness Fee Claim");

WHEREAS, all issues regarding Plaintiff's counsel's Mootness Fee Claim have now been resolved and the parties' need for continuing jurisdiction related to that claim has been mooted and eliminated;

WHEREAS, no class has been certified in the Actions;

WHEREAS, defendants have filed neither an answer nor motion for summary judgment;

NOW, THEREFORE, PLEASE TAKE NOTICE that, in light of foregoing, Plaintiff hereby voluntarily dismisses the Action pursuant to F.R.C.P. 41(a)(1)(A)(i) with prejudice as to his individual claims and without prejudice as to the claims of the putative class. Because defendants have filed neither an answer nor motion for summary judgment, this notice is effective upon filing.

//

//

1

NOTICE OF VOLUNTARY DISMISSAL

1

2    Dated: January 25, 2018

3

4    By:/s/ *Joel E. Elkins*
     Joel E. Elkins
5    9107 Wilshire Blvd., Suite 450
     Beverly Hills, CA 90210
6    Telephone: 310-208-2800

7
     Richard A. Acocelli
8    1500 Broadway, 16th Floor
     New York, NY 10036
9    Telephone: 212-682-3025
10

11    *Attorneys for Plaintiff Enrique Hernandez*

12

13

14

15    --

16    **CERTIFICATE OF SERVICE**

17

18    I, Joel E. Elkins, certify that on the 25th day of January, 2018, I caused a copy
      of the foregoing document to be served via the Court's Case Management/
19    Electronic Case Filing system upon the following:

20
      *All counsel of record*
21

22    /s/ *Joel E. Elkins*
      Joel E. Elkins
23

24

25

26

27

28

**WEISSLAW LLP**

2

NOTICE OF VOLUNTARY DISMISSAL